**EXHIBIT "A"**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Antonio E Winters | CHAPTER 13 |
| DEBTOR | BANKRUPTCY CASE NUMBER |
| Nationstar Mortgage LLC | 15-17157/MDC |
| MOVANT | |
| VS. | 11 U.S.C. SEC. 362 |
| Antonio E Winters | |
| RESPONDENT/DEBTOR | |
| William C. Miller, TRUSTEE | |
| ADDITIONAL RESPONDENT(S) | |

NATIONSTAR MORTGAGE LLC'S
NOTICE OF DEFAULT OF STIPULATION

TO:
Antonio E Winters
232 West Ashdale Street
Philadelphia, PA 19120

Brad J. Sadek, Esquire
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
Sent via electronic notification: brad@sadeklaw.com

     You are hereby notified that the Debtor is in default of the terms of the Stipulation entered into by the parties and approved by the Court. The Debtor has failed to make the following payments and late charges:

Regular payments of $778.06 from December 1, 2017 through February 1, 2018 which total $2,334.18;
Stipulation payments of $226.49 from December 1, 2017 through February 1, 2018 which total $679.47;
Attorney fee of $100.00 for this Notice of Default

**TOTAL DEFAULT AS OF FEBRUARY 14, 2018 IS** $3,113.65

If the default continues to the following month, the Debtor shall include funds to cure that month's default as well. Pursuant to the terms of the Stipulation, the full cure of the default must be via certified funds, money orders or cashier's check, with the loan number clearly written

thereon and made payable to Nationstar Mortgage LLC d/b/a Mr. Cooper.  During pendency of this default, please remit all payments to:

Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406

The default must be cured within 15 days from the date below or Movant shall file a Certification of Default with the Court, and request the Court to enter an Order granting Movant relief from the Automatic Stay.

Respectfully submitted,

Dated:  February 15, 2018

BY: /s/ Kevin S. Frankel
Kevin S. Frankel, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610)278-6800/ fax (847) 954-4809

S&D File #:14-046621

PA BAR ID #318323
pabk@logs.com