UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Antonio E Winters<br>  Debtor<br>_____<br>Antonio E Winters,<br>  Movant(s)/Debtor,<br>v.<br><br>Nationstar Mortgage LLC,<br>  Respondent/Creditor | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>15-17157/MDC |

## RESPONSE OF NATIONSTAR MORTGAGE LLC TO DEBTOR'S MOTION TO RECONSIDER ORDER MODIFYING AUTOMATIC STAY

Nationstar Mortgage LLC, by and through its counsel, Shapiro & DeNardo, LLC, hereby responds to Debtor's Motion to Reconsider Order Modifying Automatic Stay, and in support thereof, avers as follows:

1 - 6.   Admitted.

7.   Denied. Respondent is without sufficient knowledge or information so as to form a belief as to the truth of the allegation contained in Paragraph 7.

8.   Denied. Respondent is without sufficient knowledge or information so as to form a belief as to the truth of the allegation contained in Paragraph 8.

9.   Denied. Respondent is without sufficient knowledge or information so as to form a belief as to the truth of the allegation contained in Paragraph 9. By way of further response, Debtor is delinquent for failure to tender post-petition and stipulation payments for March 1, 2018 through and including May 1, 2018 in the amount of $3,267.31.

WHEREFORE, Nationstar Mortgage LLC respectfully requests that confirmation of the Debtor's Motion to Reconsider Order Modifying Automatic Stay be dismissed/denied.

Respectfully submitted,

Dated: May 16, 2018

BY: /s/ Kevin S. Frankel
Kevin S. Frankel, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610)278-6800/ fax (847) 954-4809
PA BAR ID #318323
pabk@logs.com

S&D File #:14-046621