1 Winters Stipulation Bankruptcy Case # 15-17157/MDC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Antonio E Winters, Debtor. | CHAPTER 13 |
| Nationstar Mortgage LLC, Movant, v. Antonio E Winters, Debtor, | BANKRUPTCY CASE NUMBER 15-17157/MDC<br><br>11 U.S.C. § 362 |
| William C. Miller, Trustee, Additional Respondent. | |

### STIPULATION AND ORDER

AND NOW, it is hereby stipulated and agreed to by and between Nationstar Mortgage LLC. ("Movant") and Antonio E. Winters ("Debtor") as follows:

1. The parties hereto entered into a Stipulation for the cure by Debtor of post-petition arrears due to Movant, which was subsequently entered as an Order of Court on December 28, 2017.

2. On February 15, 2018, a Notice of Default was sent to Debtor pursuant to the terms of the Stipulation, and on March 8, 2018, Movant filed a Certification of Default, entitling it to relief from the Automatic Stay.

3. On March 20, 2018, this Honorable Court entered an Order granting Movant Relief from the Automatic Stay (the "Relief Order").

4. Debtor is in the process of curing the default under the terms of the Stipulation and the parties hereto have agreed to vacate the Relief Order and reimpose the automatic stay.

5. Debtor has until July 31, 2018 to pay $3,791.72 which represents:

    a. Stipulation payments of $226.49 from March 1, 2018 thru April 1, 2018 which total $452.98;

    b. Stipulation payment of $226.50 for May 1, 2018 which total $226.50;

    c. Regular payments of $778.06 from April 1, 2018 thru July 1, 2018 which total $3,112.24;

2 Winters Stipulation Bankruptcy Case # 15-17157/MDC

6. In the event that Debtor fails to make the payment set forth above in Paragraph 5, Movant shall notify Debtor and Debtor's attorney of the default in writing and Debtor may cure the default within 10 days of the notice. If Debtor should fail to cure the default within 10 days, Movant may file a Certification of Default with the Court, and upon the filing of the Certification, Debtor consents to the Court entering an Order granting Movant relief from the Automatic Stay.

7. Debtor hereby reaffirms the obligations under the original Stipulation and agrees to be bound by the terms thereof.

The parties request that this Honorable Court approve this stipulation.

Dated: 7/13/18

Kevin S. Frankel, Esquire
Attorney for Movant

Dated: 7/13/18

Brad J. Sadek, Esquire
Attorney for Debtor

Dated: 7/25/18

William C. Miller
Trustee

*NO POSITION*

*without prejudice to any trustee rights or remedies*

AND NOW, this _____ day of _____, 2018, it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made an Order of this Court.

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE