IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Antonio E Winters,<br>     Debtor. | CHAPTER 13 |
| Nationstar Mortgage LLC,<br>     Movant,<br>v.<br>Antonio E Winters,<br>     Debtor,<br>William C. Miller, Trustee,<br>     Additional Respondent. | BANKRUPTCY CASE NUMBER<br>15-17157/MDC |

## CERTIFICATION OF DEFAULT

Kevin S. Frankel, Esquire, Attorney for Movant, certifies that Debtor has defaulted upon the terms of this Court's Stipulation and Order dated July 27, 2018. It is further certified that the attached notice, marked as Exhibit "A," was served upon the Debtor and Debtor's Attorney on October 17, 2018. The Debtor has failed to cure the default as set forth in the Notice. The Debtor has failed to make the following payments:

| | |
|---|---:|
| Regular payments of $778.06 from July 1, 2018 through July 1, 2018 | $778.06; |
| Regular payments of $762.96 from August 1, 2018 through November 1, 2018 | $3,051.84; |
| Attorney Fees associated with this default | $300.00 |
| Less Debtor's Suspense | $(622.63) |
| **TOTAL DEFAULT** | **$3,507.27** |

Accordingly, pursuant to the Stipulation and Order, Movant respectfully requests this Court to enter the attached Order granting Movant relief from the automatic stay.

Respectfully submitted,

Dated: November 7, 2018

BY: /s/ Kevin S. Frankel
Kevin S. Frankel, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610)278-6800/ fax (847) 954-4809
PA BAR ID #318323
kfrankel@logs.com
pabk@logs.com

S&D File #:14-046621