# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Antonio E Winters,<br>    Debtor.<br><br>Nationstar Mortgage LLC,<br>    Movant,<br>v.<br>Antonio E Winters,<br>    Debtor,<br>and<br>William C. Miller, Trustee,<br>    Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>15-17157/MDC |

## CERTIFICATION OF DEFAULT

Kristen D. Little, Esquire, Attorney for Movant, certifies that Debtor has defaulted upon the terms of this Court's Stipulation and Order dated July 27, 2018.  It is further certified that the attached notice, marked as Exhibit "A," was served upon the Debtor and Debtor's Attorney on September 2, 2020.  The Debtor has failed to cure the default as set forth in the Notice. The Debtor has failed to make the following payments:

| | |
|---|---:|
| Regular payments of $778.06 from July 1, 2020 through September 1, 2020 | $2,334.18; |
| Attorney Fees associated with this default | $300.00 |
| Less Debtor's Suspense | $(142.00) |
| **TOTAL DEFAULT** | **$2,492.18** |

Accordingly, pursuant to the Stipulation and Order, Movant respectfully requests this Court to enter the attached Order granting Movant relief from the automatic stay.

Respectfully submitted,

Dated:  September 18, 2020

BY: /s/ Kristen D. Little
Kristen D. Little, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800/ fax (847) 954-4809
PA BAR ID #79992
klittle@logs.com
pabk@logs.com

S&D File #:14-046621