UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Antonio E. Winters | : | Case No.: 15-17157-mdc |
| | : | |
| Debtor | : | Chapter 13 |

## MOTION TO RECONSIDER ORDER GRANTING
## RELIEF FROM AUTOMATIC STAY

Comes Now, Antonio E. Winters, hereinafter referred to as "Debtor" and moves this Honorable Court to vacate its October 8, 2020 Order Modifying Section 362 Automatic Stay and in support thereof avers the following:

1. The above captioned bankruptcy matter was filed as a Chapter 13 on or about October 5, 2015.

2. The Chapter 13 bankruptcy matter was assigned case number 15-17157-mdc.

3. The Chapter 13 Plan was confirmed by this Honorable Court on May 19, 2016.

4. On or about September 21, 2020, Nationstar Mortgage, filed a Certificate of Default of the Order alleging that the Debtors had missed payments for the months of July through September in the amount of $2,492.18.

5. On or about October 8, 2020 this Court entered an Order in favor of Nationstar Mortgage granting relief from the Automatic Stay.

6. The Debtor is desirous of keeping his real property located at 232 West Ashdale Street, Philadelphia, PA 19120 and will pay any and all post-petition delinquencies prior to the hearing on the instant Motion.

**WHEREFORE**, for the reasons stated herein, the Debtor respectfully request that this Honorable Court Vacate it October 8, 2020 Order Modifying the Automatic Stay.

Respectfully submitted,

Dated: October 27, 2020

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107