UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Antonio E. Winters | : | Case No.: 15-17157-mdc |
| Debtor | : | Chapter 13 |

## MOTION TO RECONSIDER THE NOVEMBER 19, 2020 ORDER DISMISSING THE CHAPTER 13 CASE

Comes Now, Brad Wilhelm, hereinafter referred to as "Debtor" and move this Honorable Court to vacate its November 19, 2020 Order Dismissing the instant matter and in support thereof aver the following:

1. The above captioned bankruptcy matter was filed as a Chapter 13 on or about October 5, 2015.

2. The Chapter 13 bankruptcy matter was assigned case number 15-17157.

3. The Chapter 13 Plan was confirmed by this Honorable Court on May 19, 2016.

4. On or about September 29, 2020 the Chapter 13 Trustee filed a Motion to Dismiss the instant matter for failure to make timely and regular Chapter 13 payments.

5. In furtherance of the Trustee's Motion the instant matter was dismissed on November 19, 2020.

6. The Debtor made payments to the Chapter 13 Trustee which posted on November 23rd and November 24th.

7. As of the date of this Motion, the Debtor has paid the full base of his confirmed plan.

8. The Debtor is desirous of obtaining a discharge and closing his Chapter 13 Bankruptcy.

**WHEREFORE**, for the reasons stated herein, the Debtor respectfully requests that this Honorable Court Reconsider its November 19, 2020 Order dismissing the instant matter.

Respectfully submitted,

Dated: December 4, 2020

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107